IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ROBERT S. LLOYD, #250886, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:09-CV-852-ID |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTION, *et al.*, | ) |
| | ) |
| Respondents. | ) |

# **ORDER**

On January 19, 2010, the Magistrate Judge filed a Report and Recommendation in this case. (Doc. #21.) After an independent review of the file, it is hereby CONSIDERED and ORDERED that:

1. The plaintiff's objection (Doc. # 22) to the Recommendation of the Magistrate Judge, filed on January 25, 2010, be and the same is hereby OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #21) filed on January 19, 2010, be and the same is hereby ADOPTED;

3. The petition for habeas corpus relief is DISMISSED without prejudice to afford Lloyd an opportunity to exhaust all state court remedies available to him.

DONE this the 24th day of February, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE